UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANE MERCHANT, | ) No. ED CV 09-00510-VBK |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: November 20, 2009

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE